**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1977**

ALICE M. DEANE,

            Plaintiff - Appellant,

       v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

            Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.   Glen E. Conrad, Chief
District Judge.  (5:09-cv-00110-gec)

Submitted: March 28, 2011          Decided:  May 5, 2011

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alice M. Deane, Appellant Pro Se.   Shawn C. Carver, Assistant
Regional Counsel, Allyson Sinclair Jozwik, Maija Pelly, SOCIAL
SECURITY  ADMINISTRATION,  Philadelphia,  Pennsylvania,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alice M. Deane appeals the district court's order granting the Commissioner of Social Security's summary judgment motion in her action seeking review of the Commissioner's decision denying her disability insurance and supplemental security income benefits under the Social Security Act. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Deane's informal brief does not challenge the basis for the district court's disposition, Deane has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent Deane seeks to submit evidence she did not present in the administrative proceeding, we decline to consider it. See Smith v. Chater, 99 F.3d 635, 638 n.5 (4th Cir. 1996).

2